**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
MOHAMMED AHMED TAHER, et al.,  :
                               :
     Petitioners,              :
                               :
     v.                        :     Civil Action No. 06-1684 (GK)
                               :
BARACK H. OBAMA, et al.,       :
                               :
     Respondents.              :
_____:
```

**ORDER**

A Status Conference was held in this case on May 5, 2009, which took place on the record and via telephone. Upon consideration of Petitioner's Emergency Motion to Compel Additional Medical Records [Dkt. No. 159], the Government's Opposition [Dkt. No. 161], Petitioner's Reply [Dkt. No. 164], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner's request is **denied** without prejudice. First, Petitioner has represented to the Court that he would need no further discovery in order to proceed with the Summary Judgment phase of this litigation. Second, the nature of evidence being requested indicates very clearly, based on all representations made to the Court, that any arguments that Petitioner would make based on such evidence would be disputed by the Government. Thus, the provision of such discovery would not support Petitioner's position for Summary Judgment. Finally, the Petitioner is able, at some future point, and if appropriate, to

file a motion under § I.E.2 of the Case Management Order for future

discovery, but his request at this point is not timely.

/s/

May 5, 2009                                Gladys Kessler
                                           United States District Judge


<u>Copies to</u>:  Attorneys of Record via ECF